IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| JOSE ESTRADA | NO. 12-581-1 |

**O R D E R**

AND NOW, this 29th day of January, 2021, upon consideration of Defendant's Pro Se Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 275), Defendant's Emergency Addendum to Motion to Reduce Sentence (Doc. No. 276), Defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 281), the government's Response in Opposition thereto (Doc. No. 284), and Defendant's Reply to Response (Doc. No. 285), it is hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE to his right to file a new motion pursuant to 18 U.S.C. §3582(c)(1)(A).

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.