IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSE ESTRADA | : | No. 12-581-1 |

**ORDER**

**AND NOW**, this 20th day of March, 2023, upon consideration of Jose Estrada's Renewed Motion for Compassionate Release (Doc. No. 289), the Government's Response in Opposition (Doc. No. 291), and Mr. Estrada's Objections to the Government's Response (Doc. No. 294), it is **ORDERED** that Mr. Estrada's Motion (Doc. No. 289) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1